

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00098-CV

| | | |
|---|---|---|
| HOWARD ROSENSTEIN, Appellant | § | On Appeal from the 271st District Court |
| V. | § | of Wise County (CV21-07-515) |
| | § | January 11, 2024 |
| PATRICIA CONDRON, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment regarding attorney's fees and remand this case to the trial court for further proceedings consistent with this opinion. We affirm that portion of the trial court's judgment regarding all other issues.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker